IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOU YONG YEE XIONG,

    Petitioner,

    v.                                        Case No. 20-cv-230-jdp

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Tou Yong Tee Xiong denying his motion for relief under 28 U.S.C. § 2255 and dismissing this case.

    s/ K. Frederickson, Deputy Clerk                July 23, 2020
    Peter Oppeneer, Clerk of Court                        Date